■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH ALEXANDER, Appellant. [698 NYS2d 182] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of murder in the second degree (Penal Law § 125.25 [1]) and criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]). The verdict is supported by legally sufficient evidence and is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). We reject the contention of defendant that he was denied effective assistance of counsel. Defendant failed to establish the absence of a strategic or other legitimate explanation for counsel's failure to pursue a psychiatric defense (*see, People v Garcia,* 75 NY2d 973, 974). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Murder, 2nd Degree.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN REEVES, Appellant. [698 NYS2d 376] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of defendant, the evidence that he signed a name other than his own to a fingerprint card is legally sufficient to sustain his conviction of forgery in the second degree (Penal Law § 170.10 [2]; *see, People v Van Schoick,* 198 AD2d 907, *lv denied* 83 NY2d 811). Defendant's remaining contentions are not preserved for our review (*see,* CPL 470.05 [2]), and we decline to exercise our power to review them as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Forgery, 2nd Degree.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.